**O**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROMEO MARTINEZ MARTINEZ,<br><br>                Petitioner,<br><br>   vs.<br><br>JANET NAPOLITANO, ETC., ET AL.,<br><br>                Respondents. | CASE NO. CV 09-05293 VAP (RZ)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge, and has considered <u>de novo</u> any portions of the Report as to which Petitioner has filed objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 10, 2010

                                                      VIRGINIA A. PHILLIPS<br>
                                                  UNITED STATES DISTRICT JUDGE