O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD ROMEO MARTINEZ MARTINEZ, | ) ) ) | CASE NO. CV 09-05293 VAP (RZ) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| JANET NAPOLITANO, ETC., ET AL., | ) ) | |
| Respondents. | ) ) | |

This matter came before the Court on the Petition of DONALD ROMEO MARTINEZ MARTINEZ for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed.

DATED: June 10, 2010

_Virginia A. Phillips_

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE