O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DONALD ROMEO MARTINEZ MARTINEZ, | ) | CASE NO. CV 09-05293 VAP (RZ) |
|---|---|---|
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| vs. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JANET NAPOLITANO, ETC., ET AL., | ) ) | |
| Respondents. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge, and has considered de novo any portions of the Report as to which Petitioner has filed objections. The Court accepts the findings and recommendations of the Magistrate Judge.


DATED:  January 25, 2011


_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE