O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROMEO MARTINEZ MARTINEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JANET NAPOLITANO, ETC., ET AL., ) <br> ) <br> Respondents. ) <br> ) | CASE NO. CV 09-05293 VAP (RZ) <br><br> JUDGMENT |

This matter came before the Court on the Petition of DONALD ROMEO MARTINEZ MARTINEZ for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed.

DATED: January 25, 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE